| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|
| **PLAINTIFF**<br>JOHN ERIN BINNS | **COURT CASE NUMBER**<br>20-cv-03554-CJN |
| **DEFENDANT**<br>FEDERAL BUREAU OF INVESTIGATION et al | **TYPE OF PROCESS**<br>Summons & Complaint |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Central Intelligence Agency |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>930 Dolley Madison Blvd. McLean, VA 22101 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| JOHN ERIN BINNS  1775 4 Sk No 3.1 D3 Karsiyaka Izmir 35580 Turkey<br>-905488575356<br>Email: binnsjohn84@gmail.com | Number of process to be served with this Form 285: 3 |
| | Number of parties to be served in this case: 6 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(202) 354-3120 | DATE<br>12/30/2020 |
|---|---|---|---|
| /s/ Anson Hopkins | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>3/6 | District of Origin<br>No. A/L | District to Serve<br>No. A/L | Signature of Authorized USMS Deputy or Clerk | Date<br>12/31/20 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above *(See remarks below)*

| Name and title of individual served (if not shown above)<br>CIA OGC LITIGATION DIVISION | Date<br>01/15/2021 | Time<br>1230 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address (complete only different than shown above)<br>1000 COLONIAL FARM RD.<br>MCLEAN VA 22101 | Signature of U.S. Marshal or Deputy | | |

| Service Fee<br>61 | Total Mileage Charges *(including endeavors)*<br>$24.85 | Forwarding Fee<br>8 | Total Charges<br>$97.85 | Advance Deposits<br>0 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$97.85 |
|---|---|---|---|---|---|

REMARKS

**RECEIVED**
JAN 28 2021
Clerk, U.S. District and Bankruptcy Courts

FOIA Summons (1 13) (Page 2)

Civil Action No. 20-cv-03554-CJN

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CIA**
was received by me on *(date)* **01/11/2021**

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **CIA OGC LITIGATION DIVISION**, who is designated by law to accept service of process on behalf of *(name of organization)* **CIA**
on *(date)* **01/15/2021** ; or

☐ I returned the summons unexecuted because : or

☐ Other *(specify)*:

My fees are $ **24.85** for travel and $ **73.00** for services, for a total of $ **97.85**

I declare under penalty of perjury that this information is true.

Date: **01/15/2021**

Server's signature

**RUFENER DYSON**
Printed name and title

**401 COURTHOUSE SQ**
Server's address

Additional information regarding attempted service, etc:

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>JOHN ERIN BINNS | COURT CASE NUMBER<br>20-cv-03554-CJN |
|---|---|
| DEFENDANT<br>FEDERAL BUREAU OF INVESTIGATION et al | TYPE OF PROCESS<br>Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
UNITED STATES DEPARTMENT OF JUSTICE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
950 Pennsylvania Ave. NW Washington, DC 20001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

JOHN ERIN BINNS   1775/4 Sk No 3.1 D3 Karsiyaka Izmir 35580 Turkey
+905488575356
Email: binnsjohn84@gmail.com

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
/s/ Anson Hopkins
TELEPHONE NUMBER: (202) 354-3120
DATE: 12/30/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>2/6 | District of Origin<br>No. 2/6 | District to Serve<br>No. 2/6 | Signature of Authorized USMS Deputy or Clerk | Date<br>12/31/20 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Gerard Bishop  Contract Dr

Date: 1/27/21
Time: 1250 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy

Address (complete only different than shown above)

| Service Fee<br>65 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges<br>65 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS

**RECEIVED**
JAN 28 2021
Clerk, U.S. District and Bankruptcy Courts

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN ERIN BINNS | 20-cv-03554-CJN |
| DEFENDANT | TYPE OF PROCESS |
| FEDERAL BUREAU OF INVESTIGATION et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. ATTORNEY GENERAL
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
950 Pennsylvania Ave. NW Washington, DC 20001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

JOHN ERIN BINNS   1775/4 Sk No 3.1 D3 Karsiyaka Izmir 35580 Turkey
+905488575356
Email: binnsjohn84@gmail.com

Number of process to be served with this Form 285: 6
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
/s/ Anson Hopkins
TELEPHONE NUMBER: (202) 354-3120
DATE: 12/30/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 6/6
District of Origin No.: 16
District to Serve No.: 16
Date: 12/31/20

Name and title of individual served (if not shown above): Ceenee Bishop Contract Dr
Date: 1/27/21   Time: 1350 ☒ pm

Service Fee: 65
Total Charges: 65

REMARKS

RECEIVED JAN 28 2021 Clerk, U.S. District and Bankruptcy Courts

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE
Form USM-285 Rev. 11/18

FOIA Summons (1/13) (Page 2)

Civil Action No. 20-cv-03554-CJN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __U.S. ATTORNEY GENERAL__
was received by me on *(date)* __12/31/20__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __GERARD BISHOP__, who is
designated by law to accept service of process on behalf of *(name of organization)* __DOJ__
_____ on *(date)* __1/27/21__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____                         _____
                                      *Server's signature*

                                      _____
                                      *Printed name and title*

                                      U.S. Marshals Service
                                      U.S. Courthouse
                                      333 Constitution Ave., N.W.
                                      Washington, D.C. 20001

Additional information regarding attempted service, etc:

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN ERIN BINNS | 20-cv-03554-CJN |
| DEFENDANT | TYPE OF PROCESS |
| FEDERAL BUREAU OF INVESTIGATION et al | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. ATTORNEY Civil Division

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4th Floor 501 3rd Street, NW Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

JOHN ERIN BINNS   1775/4 Sk No 3.1 D3 Karsiyaka Izmir 35580 Turkey
+905488575356
Email: binnsjohn84@gmail.com

Number of process to be served with this Form 285: 5
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
/s/ Anson Hopkins
TELEPHONE NUMBER: (202) 354-3120
DATE: 12/30/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 5/6
District of Origin No.: 116
District to Serve No.: N6
Signature of Authorized USMS Deputy or Clerk
Date: 12/31/20

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): James Payton, Paralegal

Date: 1/27/21
Time: 12:21 pm

Address (complete only if different than shown above)

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 105 | | | 68 | | |

REMARKS

**RECEIVED**
JAN 28 2021
Clerk, U.S. District and Bankruptcy Courts

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18