UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN ERIN BINNS, | ) ) ) | |
| Plaintiff, | ) ) | Civ. A. No. 20-3554-CJN |
| v. | ) ) ) | |
| FEDERAL BUREAU OF INVESTIGATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

**CONSENT MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND**

Pursuant to Fed. R. Civ. P. 6(b)(1), the Parties respectfully request an extension of time, up to and including April 27, 2021, for Defendants to file an Answer or otherwise respond to the Complaint in this matter.  Good cause exists to grant this motion.

1. This is a multiple defendant FOIA action in which, a confluence of factors makes Defendants' timely filing in this case an impossibility.  *Pro se* Plaintiff has been contacted and gives his consent to a 60-day extension.  The motion is the Defendants' first, supported by good cause.

2. Between the truncated filing deadline, the impact of the COVID-19 pandemic, and some technical glitches yet to be unraveled fully, our hardworking staff did not manage to reach out to agency counsel until two to three days ago.

3. Despite substantial effort to make the filing in a matter of days, it was discovered that Late this evening it was discovered that counsel for a fourth Defendant agency – another component of the Department of Justice was – was never properly identified.

4. With knowledge of the congestion of undersigned counsel's upcoming schedule, and the knowledge that agency counsel remains to be identified, Defendant seek an extension of up to 60 days or no later than April 27, 2021 to file their answer or otherwise respond.

Dated: February 26, 2021.                    Respectfully submitted,

                MATTHEW R. SHERWIN
                Acting United States Attorney

                BRIAN P. HUDAK
                Acting Chief, Civil Division

                /s/ *John Moustakas*
                John Moustakas
                Assistant United States Attorney
                555 Fourth Street, N.W.
                Washington, D.C. 20530
                (202) 252-2518
                john.moustakas@usdoj.gov

                *Counsel for Defendants*