UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN ERIN BINNS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 20-03554 (CJN) |

## MOTION FOR LEAVE TO FILE ANSWER, *NUNC PRO TUNC*

Defendants, by and through undersigned counsel, respectfully seek the Court's permission to file their Answer in this case, *nunc pro tunc*. A copy of the Answer is attached to this motion.

Defendants' Answer was due to be filed on April 27, 2021. Although prepared several days earlier, its filing was delayed in order to confirm a detail surfaced in the review process. Obtaining the necessary confirmation was stymied by a system-wide email server issue affecting counsel's ability to send and receive emails – including attachments – over counsel's government-issued mobile device. By the time counsel was able to return to his computer and attend to several matters that had been affected by the outage (and the many others that were not), counsel regrettably lost sight of the outstanding need for confirmation and filing. The one-day delay in this case was unintentional and occasioned by a confluence of factors, including human error.

Defendants respectfully request that the motion for leave to file their Answer, *nunc pro tunc* be granted.

Dated: April 27, 2021

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/   John  Moustakas
John Moustakas
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
202-252-2518
Attorneys for Defendants