UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JOHN ERIN BINNS,
           Plaintiff

v.

FEDERAL BUREAU OF
INVESTIGATION *et al.*,
           Defendants.

Civil Action No: 20-cv-03554 (CJN)

---

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure ("FRCivP"), Plaintiff John Erin Binns ("Plaintiff") respectfully moves this Court for leave to file the attached Amended Complaint against Defendants. According to FRCivP 15(a)(2), a party may "amend its pleading with … the court's leave" and "the court should freely give leave when justice so requires". Permitting Plaintiff to file an amended complaint would promote judicial efficiency and serve justice. Furthermore, Defendants will not suffer any undue prejudice if the Court allows Plaintiff to amend his complaint and Plaintiff does not seek to radically alter the scope and nature of the case. Leave should be freely given unless there is a good reason to the contrary. *Willoughby v. Potomac Elec. Power Co.*, 100 F.3d 999, 1003 (D.C. Cir. 1996).

Plaintiff seeks to amend his complaint for the purpose of clarifying certain facts which were stated in the original complaint, correcting possible deficiencies and adding a new claim against the Central Intelligence Agency due to their failure to act on an appeal for an additional Freedom of Information Act request which Plaintiff filed in 2020.

In accordance with Local Rule 7(m), Plaintiff attempted to determine whether there is any opposition to the relief sought in this motion by e-mailing opposing counsel on July 4, 2021, however no response has been received yet.

Respectfully Submitted,

**/s/ John Erin Binns**

John Erin Binns
1775/4 Sk No 3/1
Karsiyaka, Izmir
35580
Turkey

binnsjohn84@gmail.com
+905488575356

Dated July 6, 2021.