UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN ERIN BINNS, **)** | |
| **)** | |
| Plaintiff, **)** | |
| **)** | |
| v. **)** | Civ. A. No. 20-3554 (CJN) |
| **)** | |
| FEDERAL BUREAU OF INVESTIGATION, **)** | |
| *et al.*, **)** | |
| **)** | |
| Defendants. **)** | |
| **)** | |

## ANSWER TO AMENDED COMPLAINT

Defendants Federal Bureau of Investigation ("FBI"), Department of Justice, Central Intelligence Agency ("CIA") and U.S. Special Operations Command ("USSOCOM") (collectively, "Defendants"), by and through undersigned counsel, respectfully submit this Answer to the Amended Complaint filed by Plaintiff John Erin Binns ("Plaintiff") on July 6, 2021.[1] All allegations not specifically admitted are denied.

1. This paragraph contains Plaintiff's characterization of this action, to which no response is required. To the extent required, Defendants admit that Plaintiff purports to bring this action under the Freedom of Information Act ("FOIA") and the Privacy Act ("PA").

## JURISDICTION AND VENUE[2]

---

[1]    Pursuant to the Court's November 30, 2021, Minute Order, Defendants were ordered to respond to the Amended Complaint by or before December 14, 2021.

[2]    For ease of reference, this Answer replicates the headings contained in the Amended Complaint. Although Defendants believe that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

2.      This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, Defendants admit that the Court has jurisdiction over this matter subject to the terms and limitations of FOIA and that venue is proper in this judicial district.

### PARTIES

3.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

4.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

5.      Defendants deny the allegations as stated in this paragraph.

6.      Paragraph 6 consists of Plaintiff's legal conclusion, to which no response is required.  To the extent a response is required, Defendants admit, each as to its own, that each entity listed in Paragraph 6 is an agency within the meaning of 5 U.S.C. § 552(f).

### FACTUAL BACKGROUND

7.      Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

8.      Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to

respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

9.      Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

10.      Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

11.      Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

12.      Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

13.      Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and

its response should not be deemed an admission or denial that any such investigation or materials exist.

14.     Admit that the individuals listed in this paragraph were the subject of a criminal indictment.

15.     Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.

16.     Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

17.     Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

18.     Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

19.     Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

20.     Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation

and its response should not be deemed an admission or denial that any such investigation or materials exist.

21.     Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

22.     Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

23.     Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored

to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

24.     Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

25.     Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

26.     Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA

complaint. Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

27.    Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action. The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint. Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

28.    Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action. The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint. Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

29.    Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action. The United States is not compelled to confirm or

deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

30.     Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

31.     Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

32.     Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to

respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

33.     Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

34.     Defendants lack knowledge or information sufficient to form a belief as to the remaining allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

35.     Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

36.     Defendants lack knowledge or information sufficient to form a belief as to the allegations set forth in this paragraph based on their reasonable review of materials available to respond to the FOIA complaint in this action.  The United States is not compelled to confirm or deny the existence of any non-public law enforcement investigation in responding to a FOIA complaint.  Accordingly, in responding to this Paragraph, the United States has not endeavored to respond based on materials, if any, pertaining to any non-public law enforcement investigation and its response should not be deemed an admission or denial that any such investigation or materials exist.

### COUNT I – F-2019-02258: Violation of FOIA/PA – CIA

37.     Defendants incorporate by reference their responses in paragraphs 1-36 set forth above.

38.     Defendant CIA admits that it received a FOIA request dated August 2, 2019 from Plaintiff (not August 14, 2019), and that this FOIA request was assigned the reference number F-2019-02258.

39.     Defendant CIA admits that it sent correspondence to Plaintiff acknowledging receipt of his August 2, 2019 (not August 14, 2019), FOIA request, and that this correspondence was dated August 23, 2019.  Defendant CIA otherwise denies the allegations contained in paragraph 39.

40.     Defendant CIA admits that Plaintiff sent additional written materials to CIA, and that Plaintiff indicated in writing that those written materials related to his August 2, 2019, FOIA request.  Defendant CIA otherwise denies the allegations in paragraph 40.

41.     Paragraph 41 consists in part of Plaintiff's legal conclusion, to which no response is required.  Defendant CIA admits that it sent Plaintiff a final response to his August 2, 2019 FOIA request, and that this final response was dated January 31, 2020.  Defendant CIA admits that it received correspondence from Plaintiff dated February 14, 2020.  Defendant CIA otherwise denies the allegations contained in paragraph 41.

42.     Defendant CIA admits that it received a FOIA request dated January 23, 2020 from Plaintiff, and that this FOIA request was assigned the reference number F-2020-00756.  Defendant otherwise lacks knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 42.

43.     Defendant CIA admits that it sent the Plaintiff a final response to his January 23, 2020 FOIA request, and that this final response was dated February 26, 2020.  Defendant CIA admits that it received correspondence from Plaintiff dated March 19, 2020 which was acknowledged via correspondence dated June 2, 2020.

44.     Paragraph 44 consists in part of Plaintiff's legal conclusion, to which no response is required.  Otherwise, Defendant CIA admits that, as of the date of this filing, it has not issued

a decision in relation to any appeal of F-2019-02258 or F-2020-00756.    Defendant CIA
otherwise denies the allegations contained in paragraph 44.

45.    Paragraph 45 consists of Plaintiff's legal conclusions, to which no response is
required.  To the extent a response is required, Defendant CIA denies the allegations contained in
paragraph 45.

46.    Paragraph 46 consists of Plaintiff's legal conclusions, to which no response is
required.  To the extent a response is required, Defendant CIA denies the allegations contained in
paragraph 46.

47.    Paragraph 47 consist of Plaintiff's legal conclusions, to which no response is
required.  To the extent a response is required, Defendant CIA denies the allegations contained in
paragraph 47.

48.    Paragraph 48 consist of Plaintiff's legal conclusions, to which no response is
required.  To the extent a response is required, Defendant CIA denies the allegations contained in
paragraph 48.

### COUNT II – 1466006-001: Violation of FOIA/PA – FBI and DOJ

49.    Defendants incorporate by reference their responses as set forth above.

50.    Defendant FBI admits receiving a FOIA request from Plaintiff in August 2020 but
respectfully refers the Court to the cited request for a full and accurate statement of its content
and denies as to any mischaracterization thereof.

51.    Defendant FBI admits responding to Plaintiff's request but respectfully refers the
Court to the cited letter for a full and accurate statement of its content and denies as to any
mischaracterization thereof.

52.     Defendant FBI admits Plaintiff filed an appeal with DOJ's Office of Information Policy.

53.     Defendant FBI admits the appeal number A-2020-01946 was assigned to the appeal.

54.     The allegations in paragraph 54 involve a legal conclusion to which no response is required.

55.     The allegations in paragraph 55 involve a legal conclusion to which no response is required.

56.     The allegations in paragraph 56 involve a legal conclusion to which no response is required.  To the extent a response is required, Defendants deny the allegations contained in paragraph 56.

57.     Defendants deny the allegation in paragraph 57.  To the extent a response is required, Defendants deny the allegations contained in paragraph 57.

**COUNT III – 2021-007: Violation of FOIA/PA – USSOCOM**

58.     Defendants incorporate by reference their responses as set forth above.

59.     Defendant USSOCOM admits that the Plaintiff submitted a request for information through USSOCOM's FOIA Requester Service Center on October 14, 2020 and acknowledged receipt of Plaintiff' request for information on October 16, 2020.  To the extent the allegations in Paragraph 59 refer to the contents of the Plaintiff's request for information, Defendant USSOCOM respectfully refers the Court to Plaintiff's request for information for a complete and accurate statement of its contents and denies as to any mischaracterization thereof.

60.     Defendant USSOCOM admits that Plaintiff's request for information was stamped as "Received Oct 16, 2020 USSOCOM FOIA 2021-007."

61.     Paragraph 61 contains Plaintiff's conclusory characterizations of the facts and the law to which no response is required.  To the extent that a response is deemed required, Defendant USSOCOM admits that more than 20 working days have passed since Plaintiff submitted his request for information to USSOCOM and that more than 20 working days passed before USSOCOM provided a final response to the Plaintiff.  USSOCOM denies that it has not issued a final response to Plaintiff as the USSOCOM FOIA Requester Service Center emailed the USSOCOM Initial Denial Authority's final decision to the Plaintiff on March 21, 2021.

62.     Paragraph 62 contains Plaintiff's conclusory characterizations of the facts and the law to which no response is required.  To the extent that a response is deemed required, Defendant USSOCOM denies the Plaintiff has been denied access to records under 5 U.S.C. § 552a(d)(1).

63.     Paragraph 63 contains Plaintiff's conclusory characterizations of the facts and the law to which no response is required.  To the extent that a response is deemed required, Defendant USSOCOM denies that USSOCOM is improperly withholding records responsive to Plaintiff's request for information.

## COUNT IV – No Tracking Number: Violation of FOIA/PA – DOJ

64.     Defendants incorporate by reference their responses as set forth above.

65.     Defendant Department of Justice National Security Division ("NSD") admits receiving a FOIA request from Plaintiff dated October 8, 2020 and admits to assigning the FOIA request a tracking number but respectfully refers the Court to the cited request for a full and accurate statement of its content.

66.     Defendant NSD avers that it responded to the Plaintiff via an acknowledgment e-mail dated December 17, 2020. The remaining allegations in paragraph 61 involve a legal conclusion to which no response is required.

67.     Defendant NSD denies the allegations contained in paragraph 67..

68.     Paragraph 68 contains Plaintiff's conclusory characterizations of the facts and the law to which no response is required.  To the extent that a response is deemed required, Defendant NSD denies that it is improperly withholding records responsive to Plaintiff's request for information.

## PRAYER FOR RELIEF

The allegations in paragraphs (1) through (4) of Plaintiff's "Prayer for Relief" constitute Plaintiff's prayer for relief to which no response is required. To the extent a response is required, Defendants deny that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES APPLICABLE TO ALL DEFENDANTS

In further response to the Complaint, Defendants raise the following defenses.  Defendants respectfully request and reserve the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Amended Complaint become known to Defendants throughout the course of this litigation.

## FIRST DEFENSE

Defendants have not improperly withheld any records under FOIA.

## SECOND DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## THIRD DEFENSE

This Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized by FOIA.

## FOURTH DEFENSE

The Declaratory Judgment Act does not provide the Court with subject matter jurisdiction over any of Plaintiff's claims related to its FOIA requests.

## FIFTH DEFENSE

This Court lacks jurisdiction over any matter to the extent that Plaintiff failed to satisfy prerequisites to suit, as well as over any requests or allegations that are not contained in a FOIA request properly at issue in this action.

## SIXTH DEFENSE

Any information that Defendants have withheld, or will withhold, in response to Plaintiff's FOIA request may be exempt in whole or in part from public disclosure under FOIA.

## SEVENTH DEFENSE

To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendants may refer to such materials for their accurate and complete contents; however, Defendants' references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or another action; and (c) are admissible in this, or any other, action.

## DEFENDANT FBI

The FBI is not an agency within the meaning of 5 U.S.C. § 552(f).[3]

Dated: December 14, 2021

---

[3]   Insofar as the allegations against the FBI are concerned, the United States construes these to be against the Department of Justice.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney


BRIAN P. HUDAK
Acting Chief, Civil Division

By: _/s/   John  Moustakas_
John Moustakas
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
202-252-2518

*Counsel for Defendants*