**John Erin Binns
Bulvar Hotel,
Cumhuriyet Blv
Konak, Izmir,
Turkey**

06/14/2023

No action is required as a result of this filing.

United States Senator Mark Warner met my mother at a Vienna VA hotel in 1999, I am his biological son and do not have a direct paternal link to Patrick Binns. I also have a QPSK controlled implant with wires going to my brain from my neck, and a prefrontal cortex shock device for remote temporary IQ lowering. Dallas Lee Patten and Robert Lee Schuchman are involved with the same group that came after me, and Mehmet Eymur had an unknown Russian man rape me at the Rotonda apartment complex bathroom in Tysons Corner VA while it was videotaped for blackmail purposes.

**Dardarin/LPPK2 was also used to destroy my basal ganglia and make myself unable to feel pleasure, I was laughing very hard because of high amounts of dopamine leaking into my system.**

**The Treasury Department also used a signal detector to find out that I was chipped after a facility visit when I was young.**

**My mother (Seyhan Hur Binns) additionally was made mentally disabled using a shellfish toxin and strychnine cocktail and has been offered large sums of money to cooperate.**