**John Erin Binns (Son of Seyhan Hur and US Senator Mark Warner)**
**USA540341908**
**USA567927421**
**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**
**POB Virginia**
**DOB 30/01/2000**
**Schools Attended:**
**YWCA Preschool in NoVA**
**Westgate ES**
**Westbriar ES**
**Louise Archer ES**
**Kilmer MS**
**James Madison HS (9th grade)**
**McLean HS (9th grade)**
**James Madison HS (10th grade)**
**Atakent HS in Izmir, Turkey (10th grade)**
**Atakent HS in Izmir, Turkey (11th grade)**
**Pittsford Mendon HS (part of 12th grade, later dropped out that year, Excel spreadsheet entry with "Is Special Ed" changed from N to Y by office clerk and witnessed by myself)**
**Pittsford Sutherland HS (later did online school and graduated in 2021 after being gangstalked/slow-killed for several years, no physical attendance)**

https://tinyurl.com/isfullstory

**Note: TNIO (Erdogan's Intelligence agency) was NOT involved with the aforementioned operation but this is what was suspected at the time.**

**38.42829581680916, 27.132934885640626**

15/06/2023

I am a QPSK brain implant victim. I have never worked for any intelligence agency but I have been manipulated into doing research and had my basal ganglia destroyed using Dardarin when I attended McLean HS in 2014-2015 (records tampered) by Seyhan Hur. Seyhan Hur forced me to live in this city for no reason with a restricted income (at 1625 International Dr #318, Mclean, VA) and had me raped in the Rotonda pool bathroom on videotape by Mehmet Eymur's former KGB friend and Mahizer Artan (aka Mahizer Ertan).

Mehmet Eymur is an enemy of Turkish president Recep Tayyip Erdogan and is involved with my biological father Mark Warner who had intercourse with my mother Seyhan Hur (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) at a hotel in Vienna VA in 1999. My mother briefly lived at a low income apartment complex near James Madison High School which is quite close to the alleged Vienna VA hotel.

I have a chip in the back of my neck with wires extending to various regions of my brain and I am concerned for my life or physical integrity because a faction in the CIA that was previously associated with the Counterterrorism division and comprised of Dallas Lee Patten, Robert Lee Schuchman (father of Kenneth Currin Schuchman), Carmen Gallino (allegedly arrested with a fake ID in Izmir, possibly at an airport, also tied to the Abu Omar rendition). My controllers are using 475MHz for the audio feed in my cerebellum language reading chip (placed by Kursat Kaan Kerimoglu 01/07/2019 at Alsancak Nevvar Salih Isgoren Hospital), and 838MHz for a remote audio stream. I also had a hole poked in my heart when I was young and possibly have a prefrontal cortex shock device to make me momentarily feel dumb, as well as a brain ischemia chip.

They were supposed to eventually make me schizophrenic and tamper with my identity records then dump me as a brain damaged homeless person in Washington DC. This is why, there are so many brain damaged paranoia schizophrenic types that talk about the CIA in Washington DC. many similar cases exist.

KPMG/T-Mobile, ID.me, and other military industrial complex associated companies also kept purchasing access to my chip and stole my intellectual property and findings, they also plan on brain killing me using a type of neurotoxic gas, shellfish toxins, or injections to take away my PHYSICAL brain as well (look for federal lawsuits by schizophrenic types on PACER that mention "IP Theft") after making money using my QPSK chip.

CACI International also severely harassed me, used toxin sprays on me, used magnetron and pulsed microwave weapons on myself in 2018-2019, Michael Combs from JMHS also has a father that works there.

Dokuz Eylul Hospital (the old rectangular building) also had organ harvesting being done by Airline Ambulans (run by Nebi Kayadelen), intentional HIV infections (although I was only made to appear like an infected person with methotrexate poisoning), eye extraction, penis cutting, brain destruction videos, ear cutting and leg cutting, As well as Down Syndrome face surgeries and MRI machine brain toxin destruction videos using fake contrast (contrast is never used for brain imaging). Recep Tayyip Erdogan was NOT running this hospital, but Eymur wanted to frame him.

My photos in government databases may have actually been slightly tampered with as well, I have blonde hair, brown eyes, and look German, however I had dye placed on my face to make myself look like someone of a different ethnicity so rogue elements of the US Government could claim that I was not a US Citizen and illegally take away my rights.

Compare my face to that of US Senator Mark Warner, he also started targeting me very recently because I turned 23 and most US states do not allow for parentage to be changed after that age.. Also ask Odette Binns at 3818 Stuart Ct about anonymous phone calls and threats that she was receiving.

