```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
```

20-cv-03554

MOTION FOR NO ACTION

Plaintiff John Erin Binns ("Plaintiff") is requesting no action by the Court besides accepting this filing with an included Exhibit. Exhibit A is a veterinary hospital xray of Plaintiff's head taken several weeks ago that shows: Brodmann Area 4 (Motor Cortex) damage that is more prominent in the image due to lowered CSF levels, a possible wire-like object in Plaintiff's nasal cavity (Kursat Kaan Kerimoglu, a fake-ID TNIO doctor may have implanted Plaintiff with a privacy-violating cerebellum/monologue-reading chip), and an epoxy bump on the back of Plaintiff's head, basically an occipital bun that is NOT present in the normal human population. Anyone who is reading this can feel the back of their heads and there will be an absence of this bump. The epoxy bump is used to hold together possible platinum-iridium wires for a robotization (as previously alleged by Julianne McKinney) chip with wireless power receivers or QPSK transceivers with brain stimulation DACs in Plaintiff's spine or otherwise in his body.

This chip along with the epoxy bump can be used to force Plaintiff to commit crimes via dopaminergic rushes and stimulation of the

basal ganglia. Plaintiff can also remotely be physically frozen or prevented from moving. Plaintiff also suspects that a proton therapy device just as alleged by Nikolai Mushegian ("delete_shitcoin") was used to fry his motor cortex during a visit to Dokuz Eylul Hospital while unconscious to turn him into a brain damage slave asset.  Alternatively, this could be artificially faked cerebral palsy and a screwdriver lobotomy may have been performed on Plaintiff shortly after he was born and in the process of getting chipped at Fairfax Inova Hospital.



To be filed with the original motion rather than separately
Exhibit A ^

Dated September 18, 2023
/s/ John Erin Binns